UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY BRINK,

    Plaintiff,                                        Case No. 1:12-cv-313

v.                                                 HON. JANET T. NEFF

UNKNOWN PART(Y)(IES),

    Defendant(s).
_____/

## **ORDER**

       This is a civil action brought by a *pro se* litigant. On May 31, 2012, the Magistrate Judge filed a Report and Recommendation (Dkt 9), recommending that the action be dismissed without prejudice for lack of prosecution. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

       **IT IS ORDERED** that the Report and Recommendation (Dkt 9) is APPROVED and ADOPTED as the Opinion of the Court.

       **IT IS FURTHER ORDERED** that the matter is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Report and Recommendation.

       A Judgment will be entered consistent with this Order.

Date: June 20, 2012                                       /s/ Janet T. Neff
                                                                  JANET T. NEFF
                                                                  United States District Judge